IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL HIMEBAUGH,

Petitioner,

v.

JERI TAYLOR, Superintendent,
Two Rivers Correctional Institution,

Respondent.

Case No. 2:16-cv-01065-AR

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Armistead issued a Findings and Recommendation on June 12, 2026, in which he recommends that this Court deny the Amended Petition for Writ of Habeas Corpus and dismiss this case. F&R 19, ECF No. 113. Judge Armistead also recommends the Court deny a certificate of appealability. *Id*. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Petitioner filed timely objections to the Magistrate Judge's Findings and Recommendation. Pet'r Obj., ECF No. 115. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v.*

*Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

As to Petitioner's objection to footnote 3, the Court agrees with Judge Armistead that Petitioner's testimony would not establish innocence on Counts 11 and 12 of the indictment. *See* Or. Rev. Stat. § 163.433. Petitioner's testimony, when weighed against the other evidence in the case, *see, e.g.*, Resp't Ex. 114 (affidavit of officer), ECF No. 59-1, does not meet the high bar Petitioner faces to show actual innocence. *See Schlup v. Delo*, 513 U.S. 298, 327 (1995) ("[A] petitioner must show that it is more likely than not that no reasonable juror would have found petitioner guilty beyond a reasonable doubt.").

The Court has carefully considered Petitioner's remaining objection and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [113]. The Court DENIES the Amended Petition for Writ of Habeas Corpus [29] and dismisses this case with prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, the Court also denies a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 19th day of August, 2026.

AMY M. BAGGIO
United States District Judge